# United States Bankruptcy Court

Southern _____ District of _New York_

In re Teresa Vanessa Morton

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

**Debtor**

Address 2849 Rt 44 55 _____

Gardiner NY 12525 _____

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): 3635 _____

Employer's Tax Identification (EIN) No(s).(if any): _____

Case No. 26-35311

Adv. pro. no. 26-09002

Chapter 13

) Objection To Creditor's
) proof of claim
) and response to adversary
proceedings

## NOTICE OF [MOTION TO ] [OBJECTION TO ]

Teresa Vanessa Morton has filed papers with the court to [relief sought in motion or objection].

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to [relief sought in motion or objection], or if you want the court to consider your views on the [motion] [objection], then on or before (date), you or your attorney must:

[File with the court a written request for a hearing {or, *if the court requires a written response,* an answer, explaining your position} at:

{address of the bankruptcy clerk's office}

If you mail your {request}{response} to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

{movant's attorney's name and address}

{names and addresses of others to be served}]

April 21st 2026

[Attend the hearing scheduled to be held on (date), (year), at 10 (a.m./p.m. in Courtroom____, United States Bankruptcy Court, {address}.]

[Other steps required to oppose a motion or objection under local rule or court order.]

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 3/29/26 _____

Signature: _____
Name: Teresa Vanessa Morton
Address: 2849 Rt 44 55 _____
Gardiner NY 12525

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN hDISTRICT OF NEW YORK

—————————————————————X

In re:  U S BANK N.A.

        Plaintiff

        against

Chapter 13

Case No 24-35311-kyp

TERESA VANESSA MORTON

        Debtor

—————————————————————X

Teresa Vanessa Morton

        Plaintiff

US Bank N.A.

        Defendant

A

Adv N0:26-09002-Kip

**DECLARATION**
Objection to proof of Claim And Response
To The Adversary Proceedings

—————————————————————X.

Dear Hon Judge Paek

Now comes Teresa Vanessa Morton pro se litigate I wanted to inform the court that I will be filing a motion with this court asking permission to have the automatic stay modified so that I can file an Order To Show Cause with a T.R.O. In State to ask the Hon. Judge Julian Schreibman to vacate the judgement and order for final sale. Pursuant to (CPLR 5015):A US Bank in its response to my adversary proceedings that although in my answer that I filed with the State court for this procedure stated that I was never served with the summons and complaint that I have participated fully in the foreclosure from the onset and they properly filed an order for motion of reference and received a proper judgement and order for final sale Jacqueline Kelly is false in those assertions that she made to this court and the information that she provided to this court in the response to the adversary proceedings is completely false what Ms Kelly is un aware of and this court was when this case was in State Supreme Court I filed a motion with the Hon Judge Cahil that I never received a settlement conference and any paperwork from US Banks Attorneys regarding the

foreclosure the Hon Judge Cahil then had a hearing for my motion, at the hearing on the record US Bank was informed that I was still living in the foreclosed residence and that my ex husband Mr Kenneth Bailey who at the time of the hearing was still married but we were going through an active divorce his mailing address was 75 Flatbush Ave he never filed an answer and was deported back to Jamaica in 2011 our divorce was filed in Ulster County in 2015, so the hon Judge Cahil informed US Bank attorneys to stop sending all documentation about the foreclosure to 75 Flatbush moving forward all documents regarding to the foreclosure should be mailed to the foreclosed address this hearing was held in 2019. I filed another motion with Judge Cahill that I still wasn't receiving any documentation he warned US Bank and their attorneys for a second time on the record to make sure that all necessary documentation be mailed to the foreclosed addresses which is 2849 rt 44 55 Gardiner Ny 12525 I filed a third motion during Covid with the hon Judge Schreibman who took over the foreclosure after the hon Judge Cahil retired once again I informed Judge Schreibman that I was not receiving any documentation about the foreclosure, for a third time on the record Judge Schreibman told US Bank's attorneys that I must receive any foreclosure documents. I had to periodically keep checking with the Ulster County clerk to see if there was any paperwork filed with my foreclosure. After the third warning US Banks attorneys filed a motion for order of reference and to have my name removed from the caption that was mailed to 75 Flatbush Ave Kingston Ny 12401, every documents and motions that was filed after the order of reference was mailed to 75 Flatbush Ave every affidavit of service that US Bank's and it's attorneys filed with the court was mailed to 75 Flatbush Ave, so I would like to inform this court that there is a clear history and record of improper service in this case I am very confident that I will have US Bank judgement and order for final sale vacated when this case goes back in front of the hon Judge Schreibman who not only handled my divorce and signed my divorce decree he was also the last State court judge to handle my foreclosure I am looking forward to having an opportunity to present my case in front of Judge Schreibman for the record. There is a couple of things that I would like to clear up with the court based off of the language that the court use in my last hearing that the court believes that I am the one who's holding up and keeping the Ch13 from moving forward that is the farthest thing from the truth to give the court an example in lost mitigations the only thing I ask for was any arrears be added to the principle balance I will begin making regular monthly payments for a trial period of 6 months Shell point and it's attorneys wouldn't even process my paperwork Jacqueline Kelly never worked one on one with me in loss mitigation because she was opposed to it from the start I was passed around to 7 or 8 individuals then in March of 2026 I was contacted by US Banks loss mitigation team again I informed them what I was looking for in a new Loss mitigations was to list my home for sale I would agree to do all emergency repairs and regular repairs to get the house ready to be sold which would be around $170,000.00 they would forgive 80% of the arrears I would make regular monthly mortgage payments and I will sell the house out of bankruptcy and to make sure that their principal balance is paid and they could keep their final judgement in place and I have one chance to cure one default any default after that they could move on with their judgement even in State court it was me who informed the hon Judge Cahil that US Bank and their attorney's wasn't doing anything to move their case forward for two years so

they shouldn't be a false sense of urgency now today is March 29th 2026 I filed an amended schedule I and J addressing any mortgage payments and I filed an amended Ch13 plan addressing any post petition miss mortgage payments and any tax returns that is payable to the Trustee if my motion for reconsider is denied so I ask this court to let my order to show cause be heard because if I am successful in getting vacated the foreclosure will start from the beginning and the state court settlement conference hopefully I won't have to negotiate with Shell Point attorneys Respectfully written pro se litigate

Teresa morton

2849 route 44 55

Gardiner NY 12525

(845) 797-4764

Sexyv913@gmail.com